■ JAMES V. GIANCOLA, by ANTHONY SORTINO, His Guardian ad Litem, Respondent, v GANNETT CO., INC., Appellant.— Order unanimously affirmed, without costs. Memorandum: The court correctly denied defendant's motion to dismiss this libel complaint. The court erred, however, in finding that the single instance rule does not apply to a complaint alleging libel per se *(Amelkin v Commercial Trading Co.,* 23 AD2d 830, 831, *affd* 17 NY2d 500; *see also,* comment, 2 NY PJI 101-102 [Supp]). (Appeal from order of Supreme Court, Monroe County, Boehm, J.—summary judgment.) Present—Callahan, J. P., Boomer, Green, Balio and Lawton, JJ.